**Dismiss and Opinion Filed August 7, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00253-CV

### IN THE INTEREST OF N.G.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-05861**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

This appeal was filed after the Office of the Attorney General filed a notice in the trial court that it was nonsuiting its petition to establish the parent-child relationship, the sole affirmative pleading in the underlying cause. Because nothing before us indicated the trial court had signed an order of nonsuit or other appealable order or judgment, we questioned our jurisdiction over the appeal. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (appellate courts have jurisdiction over final judgments that dispose of all parties and claims and interlocutory orders authorized by statute to be appealed); *see also Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995) (per curiam) (appellate timetable runs

from date judgment is signed, not form filing of pleading). Although we gave appellant an opportunity to demonstrate jurisdiction, he has failed to do so. Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

230253f.p05

/Amanda L. Reichek//

AMANDA L. REICHEK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF N.G.M., A
CHILD

No. 05-23-00253-CV

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-05861.
Opinion delivered by Justice
Reichek, Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 7th day of August 2023.